JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MOLINA, <br><br> Petitioner, <br> v. <br><br> WARDEN, <br><br> Respondent. | Case No. CV 13-2022-ODW (OP) <br><br> J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: January 30, 2014

HONORABLE OTIS D. WRIGHT, II
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge