O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MOLINA,<br><br>   Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>   Respondent. | Case No. CV 13-2022-ODW (OP)<br><br>AMENDED ORDER ADOPTING, FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered (1) accepting this Report and Recommendation; and (2) directing that the Amended Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: June 11, 2014

HONORABLE OTIS D. WRIGHT, II
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge