JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MOLINA, | Case No. CV 13-2022-ODW (OP) |
| Petitioner, | AMENDED JUDGMENT |
| v. | |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: June 11, 2014

_____
HONORABLE OTIS D. WRIGHT, II
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge